# United States District Court

## for the

## Western District Of Tennessee

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randy Vaughn Gibson          Case Number: 1:99CR10035-001

Address of Offender: 1555 Davis Road, Lexington, TN 38351

Name of Sentencing Judicial Officer: The Honorable James Dale Todd,

Date of Original Sentence: 11/13/2000

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine | | |
| Original Sentence: | Prison - 30 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Tammi Simpson | Date Supervision Commenced: | 3/28/2003 |
| Defense Attorney: | April Ferguson | Date Supervision Expires: | 3/27/2006 |

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

SEE ATTACHED MEMORANDUM

I Declare Under Penalty of Perjury that the Foregoing is True and Correct.

Respectfully submitted,

by  *[signature]*

Gwendolyn E Kearns
U.S. Probation Officer

Sworn to before me, and subscribed

_____
Date

Re:  Gibson, Randy Vaughn
October 20, 2005
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*James D. Todd*
Signature of Judicial Officer

*26 October 2005*
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 1:99-CR-10035 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

Tammi R. Simpson
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT