IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

V.  CR. NO. 99-10035-T/An

RANDY GIBSON

### ORDER CONTINUING PRELIMINARY/DETENTION HEARING

Upon oral motion of counsel for the defendant, the preliminary/detention hearing in the above-styled matter has been CONTINUED from Tuesday, November 8, 2005 at 2:30 p.m to **Tuesday, November 15, 2005 at 2:00 p.m**[1]. Counsel indicates she will waive any time limitation regarding this resetting.

IT IS SO ORDERED this 8th day of November, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on _____

---

[1] For good cause shown by defense counsel, the court will not require a written motion to continue this hearing.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 1:99-CR-10035 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT