# UNITED STATES DISTRICT COURT
Western District of Tennessee

United States of America

v.

Randy Gibson

ORDER HOLDING PROBATIONER FOR REVOCATION HEARING

Case Number: 99-10035-T/An

FILED BY _____ D.C.

05 NOV 17 PM 5:40

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT

---

On November 17, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. The defendant was or had previously been advised of his rights under FRCrP5 and 32.1(a)(1) and appeared with counsel, Dianne Smothers, who had been appointed.

At this hearing, the Court, after hearing proof, concluded that probable cause was established that the defendant had violated the terms and conditions of his supervised release.

Accordingly, the defendant is held to a final revocation hearing before Judge James D. Todd. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given.

The defendant is remanded to the custody of the United States Marshal.

_S. Thomas Anderson_
*S. Thomas Anderson, United States Magistrate Judge*

*Date: November 17, 2005*

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-21-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 1:99-CR-10035 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT