IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                      Cr. No.1:99-10035-01-T

RANDY VAUGHN GIBSON

### JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came to be heard on December 16, 2005, Assistant U. S. Attorney Jerry Kitchen, representing the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed and admits to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of his supervised release and that he be sentenced to the custody of the Bureau of Prisons for a period of **TWELVE (12) MONTHS, followed by TWO (2) YEARS supervise release,** with no further supervision. The Court recommends an institution where the defendant can participate in a drug treatment program.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 22 December 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___12-29-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 1:99-CR-10035 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT